# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                     CR No. 1:25-3863-DHU

PAUL JOHN GALLEGOS,

      Defendant.

## ORDER GRANTING UNOPPOSED MOTION
## TO WITHDRAW PLEA

**THIS MATTER** is before the Court on the defendant's Unopposed Motion to Withdraw Plea (ECF No. 47). The Court having considered the Motion, and being fully advised in the premises, including that the United States is not opposed to the Motion, FINDS that the Motion is well taken and will be granted.

**IT IS THEREFORE ORDERED** that Defendant's Unopposed Motion to Withdraw Plea (ECF No. 47) is **GRANTED.**

**IT IS FURTHER ORDERED** that Mr. Gallegos' plea of guilty as accepted by the Court on March 10, 2026 be, and hereby is, deemed withdrawn.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE